UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RHONDA J. COUGHLIN, BRIAN E. DONAHUE,

Plaintiffs,

-vs-                                                            Case No. 6:10-cv-1102-Orl-28GJK

MARTINIS AT THE PORT, INC., THOMAS MAMCZUR, NINETTE MAMCZUR,

Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Default Final Judgment Against All Defendants (Doc. No. 14) filed January 21, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 21, 2011 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Final Judgment Against All Defendants (Doc. No. 14) is **GRANTED in part** and **DENIED in part.**

3.  Judgment is hereby entered in favor of Plaintiff Rhonda J. Coughlin and against Defendants Martinis at the Port, Inc., Thomas Mamczur, and Ninette Mamczur, jointly and severally, in the amount of $970.61.

4.  Judgment is also hereby entered in favor of Plaintiff Brian E. Donahue and against Defendants Martinis at the Port, Inc., Thomas Mamczur and Ninette Mamczur, jointly and severally, in the amount of $248.75.

5.  The Clerk is directed to enter judgment as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19 day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party