**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RHONDA J. COUGHLIN, BRIAN E. DONAHUE,**

    **Plaintiffs,**

-vs-                                        **Case No. 6:10-cv-1102-Orl-28GJK**

**MARTINIS AT THE PORT, INC., THOMAS MAMCZUR, NINETTE MAMCZUR,**

    **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiffs' Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (Doc. No. 18) filed June 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 6, 2011 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (Doc. No. 18) is **GRANTED**.

3. Plaintiffs Rhonda J. Coughlin and Brian E. Donahue are awarded $4,137.50 in attorneys' fees and $455.00 in costs, jointly and severally, against the Defendants Martinis at the Port, Inc., Thomas Mamczur, and Ninette Mamczur.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of September, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party